DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN L. McKENZIE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-708

[May 24, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 502010CF010417AMB.

John L. McKenzie, Okeechobee, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***